382

UNITED STATES of America
v.
Ernest W. CLARK, Appellant.
No. 14519.

United States Court of Appeals
Third Circuit.

Argued Oct. 5, 1964.
Decided Oct. 29, 1964.

John M. Bader, Wilmington, Del. (Bader & Biggs, Wilmington, Del., on the brief), for appellant.

Stanley C. Lowicki, Asst. U. S. Atty., Wilmington Del. (Alexander Greenfeld, U. S. Atty., Wilmington, Del., on the brief), for appellee.

Before KALODNER, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The judgment of sentence entered pursuant to the jury's verdict will be affirmed.

NASH MIAMI MOTORS, INC., Appellant,
v.
UNITED STATES of America et al.,
Appellees.
No. 21146.

United States Court of Appeals
Fifth Circuit.

Oct. 29, 1964.
Rehearing Denied Nov. 25, 1964.

Daniel L. Ginsberg, Miami, Fla., for appellant.

Crombie J. D. Garrett, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Jus-

tice, John B. Jones, Jr., Acting Asst. Atty., Gen., Harold C. Wilkenfield, Atty., Dept. of Justice, Washington, D. C., William A. Meadows, U. S. Atty., Miami, Fla., for appellee.

Before JONES and GEWIN, Circuit Judges, and ESTES, District Judge.

PER CURIAM.

The controlling question on this appeal has been decided by this Court adversely to the contentions of the appellant. Willmut Gas & Oil Company v. Fly, 5th Cir. 1963, 322 F.2d 301, cert. den. 375 U.S. 984, 84 S.Ct. 518, 11 L.Ed.2d 473. The judgment of the district court is

Affirmed.